**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| NICOLE M HARMS-ATHEY, | ) | Case No. 4-10-bk-48566 |
| | ) | |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | NANCY C DREHER |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE MoneyBank (HOM FURNITURE-BLOOMINGTON), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

GE MoneyBank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh
Telephone: (305) 379-7674
Facsimile: (305) 374-8113
E-mail: claims@recoverycorp.com

Dated: Miami, Florida
January 20, 2011

By: /s/ Ramesh Singh

Ramesh Singh
c/o Recovery Management Systems Corp.
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

Assignee Creditor: HOM FURNITURE-BLOOMINGTON

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

ROBERT J HOGLUND
Counsel for NICOLE M HARMS-ATHEY

RANDALL L SEAVER, Trustee

US Trustee

By: /s/ Ramesh Singh